UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Edward Butler, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-1027 (UNA) |
| | ) | |
| United States of America *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, is a North Carolina state prisoner incarcerated in Maury, North Carolina. He alleges that the United States, the State of North Carolina, and two individuals in North Carolina engaged "in a conspiracy" and "failed to liberally construe [his] pro se petition alleging unclear claim of innocence as claim of innocence of 1st degree murder." Compl. at 1. Plaintiff asks this Court to (1) commute his life sentence for first-degree murder to a prison term of eight to ten years, (2) credit his service of 24 years and three months, and (3) order his release. *Id.* at 2. The Court will grant the accompanying application to proceed *in forma pauperis* and, for the reasons explained below, will dismiss the case for lack of jurisdiction.

Federal court review of a sentence imposed by a state court is available under 28 U.S.C. § 2254 after the exhaustion of state remedies. *See* 28 U.S.C. §2254(b)(1). Thereafter, "an application for a writ of habeas corpus [] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district [where the sentencing court sits] and each of

1

such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Plaintiff must pursue habeas relief in an appropriate court in North Carolina. *See Williams v. Hill*, 74 F.3d 1339, 1340 (D.C. Cir. 1996) (finding it "well-settled that a prisoner seeking relief from his conviction or sentence may not bring [ ] an action" for injunctive and declaratory relief) (citations omitted). Hence this civil action will be dismissed. A separate Order accompanies this Memorandum Opinion.

DATE: October 6th, 2015

_____
United States District Judge